| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Webtronics, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | **24-20071** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amazon (Synchrony Bank)** POB 960013 Orlando, FL 32896-0013 | | | | | | $8,154.00 |
| **American Express** P.O. Box 297800 Fort Lauderdale, FL 33329 | | | | $2,500.00 | $0.00 | $2,500.00 |
| **Blue Stone Funding Group** 433 Broadway Suite 745 New York, NY 10013 | | computer equipment and tools used in IT business, older servers and accounts receivables | | $8,000.00 | $12,000.00 | $8,000.00 |
| **Calcasieu Parish Sales & Use Tax** PO Drawer 2050 Lake Charles, LA 70602 | | sales tax claim | | | | $7,000.00 |
| **CloudFund** 400 Rella Blvd Suite 165 Suffern, NY 10901 | | computer equipment and tools used in IT business, older servers and accounts receivables | | $18,639.00 | $12,000.00 | $18,639.00 |
| **Cumulus Advertising** 425 Broad St Lake Charles, LA 70601 | | | | | | $3,200.00 |

| Debtor | Webtronics, LLC | Case number *(if known)* | 24-20071 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First National Bank Louisiana**<br>**551 West Prien Lake Road**<br>**Lake Charles, LA 70601** | | computer equipment and tools used in IT business, older servers and accounts receivables | | $15,800.00 | $12,000.00 | $3,800.00 |
| **Graybar**<br>**1906 Bilbo**<br>**Lake Charles, LA 70601** | | | | | | $8,000.00 |
| **Kapitus**<br>**2500 Wilson Boulevard**<br>**Suite 350**<br>**Arlington, VA 22201** | | computer equipment and tools used in IT business, older servers and accounts receivables | | $47,128.00 | $12,000.00 | $47,128.00 |
| **LASOSUCCFilingsV3@cscglobal.com**<br>**POB 2576**<br>**Springfield, IL 62708** | | computer equipment and tools used in IT business, older servers and accounts receivables | | $20,094.00 | $12,000.00 | $20,094.00 |
| **ODK Capital, LLC**<br>**175 West Jackson**<br>**Suite 1000**<br>**Chicago, IL 60604** | | computer equipment and tools used in IT business, older servers and accounts receivables | | $110,897.00 | $12,000.00 | $110,897.00 |
| **Rapid Finance**<br>**4500 East West Highway**<br>**6th Floor**<br>**Bethesda, MD 20814** | | | | $15,000.00 | $0.00 | $15,000.00 |
| **Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | disaster loan after Hurricane Laura | | | | $230,000.00 |