IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| WEBTRONICS, LLC. | § | CASE NO. 24-20071 |
| | § | Chapter 11 (Subchapter 5) |
| Debtor in Possession | § | JOHN W. KOLWE, Judge presiding |

## MOTION TO FIX BAR DATE TO FILE CLAIMS

The motion of debtor herein through undersigned counsel with respect shows:

1.

Debtor filed its petition for relief on February 7, 2024, and is operating its business as debtor in possession.

2.

This is a Subchapter V filing which has restrictive time limits under the provisions of the Code, including the requirement of filing a plan within 90 days post-petition.

3.

Accordingly, it is important that proofs of claim be filed expeditiously as this information from creditors will assist in drafting and filing a plan timely.

4.

Debtor believes that a proposed Bar Date of March 28, 2024, will allow creditors sufficient time to file a claim.

WHEREFORE debtor requests entry of an order after notice and a hearing, fixing the Bar Date for filing claims and interests of March 28, 2024.

Respectfully submitted:

PACKARD LAPRAY

/s/ Wade N Kelly
Wade N Kelly (#07776)
Attorney at law
2201 Oak Park Boulevard
Lake Charles, Louisiana 70601
337-431-7170
staff@packardlaw.com
Counsel to debtor in possession

CERTIFICATE

    I hereby certify that a copy of the foregoing motion was this date electronically submitted to the Office of U S Trustee, c/o Richard Drew at Richard.Drew@usdoj.gov, lucysikes1@gmail.com and by U. S. Mail, postage prepaid properly addressed on the attached matrix on February 8, 2024

/s/ Wade N Kelly
Wade N. Kelly