UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| In re: | Chapter 11 Subchapter V |
| WEBTRONICS, LLC | Bankruptcy Case Number 24-20071 |
| Debtor | |

## REPORT OF SUBCHAPTER V TRUSTEE

Now into court comes Lucy G. Sikes, Subchapter V Chapter 11 Trustee of the above captioned matter, who files her report for the status conference scheduled for Wednesday, March 20, 2024, at 10:30 am.

1. The petition was filed on 02/07/2024. The debtor is a computer consulting business that services computer sales, maintenance, computer wiring and security cameras, and it employs 6 people, including the owner Gerrit Lawrence. Two of the employees are the sons of the owner, Mr. Lawrence.

2. A 341(a) meeting was completed by the United States Trustee on 03/11/2024.

3. As of the filing of this report, the debtor's monthly operating reports are not yet due and have not been filed. The debtor reported at the 341 meeting that the DIP account has been opened and all pre-petition accounts have been closed.

4. The debtor's plan is due to be filed on or before 05/07/2024.

5. The debtor has filed a "Motion to Set Claims Bar Date," which has been granted by the court. Docket #42. A claims bar date has been set for 03/28/2024.

6. The debtor has filed an insider motion for approval of the compensation of Mr.

Lawrence and his employees that are insiders. Docket #11, 41.

7. The debtor has an agreement in place for adequate protection with the creditor that is secured against the debtor's equipment, inventory and receivables, Kapitus, pursuant to docket #40, with a final hearing to be held on 3/20/2024.

8. The debtor disclosed during the 341 meeting that it has an unscheduled litigation claim being handled on contingency against its former insurance company/agent. The debtor is to amend the schedules to disclose the claim and will move to employ special counsel to continue to litigate the outstanding claims on behalf of the debtor.

9. The debtor also reported that it intends to file a motion to employ its CPA firm, Burgess and Burgess, for the filing of the business tax returns for 2023.

10. The case is currently awaiting the filing of the debtor's plan.

Date: March 11, 2024                         Respectfully Submitted,

/s/ Lucy G. Sikes
Lucy G. Sikes
Attorney at Law, #22787
Subchapter V Chapter 11 Trustee
Post Office Box 52545
Lafayette, LA 70505-2545
Tel: (337) 366-0214
Email: lucygsikes1@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing "Report of Subchapter V trustee for Status Conference" has been served on the debtor *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to the United States Trustee and debtor's attorney electronically, through CM/ECF **on March 11, 2024.**

                                                         *s/Lucy G. Sikes*

**WEBTRONICS, LLC**
**110 CENTER CIRCLE**
**SULPHUR, LA 70663**
      **Debtor**

**WADE N. KELLY**
**2201 Oak Park Blvd.**
**Lake Charles LA 70601**
**staff@packardlaw.com**
      **Attorney for Debtor (service by email only)**

**Office of the U. S. Trustee**
**300 Fannin Street, Room 3196**
**Shreveport, LA 71101**
      ustpregion05.sh.ecf@usdoj.gov  **(service by email only)**